Mark E. Hellenkamp, Esq., SBN 144708
David M. Plouff, Esq., SBN 157026
**MORRIS POLICH & PURDY LLP**
600 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
mhellenkamp@mpplaw.com
dplouff@mpplaw.com

Attorneys for Defendant
EVANSTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE COMPANY; AND DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:17-CV-00774-MCE-DB**<br><br>(Sacramento Superior Court Case No.: 34-2017-00208054)<br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF EVANSTON INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>**Judge:** Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff Arch Specialty Insurance Company ("Arch") and defendant Evanston Insurance Company ("Evanston"), by and through their counsel of record, that Evanston's Motion to Dismiss, which is currently set for hearing on June 1, 2017 at 2:00 p.m. in Courtroom 7 of this Court, is hereby withdrawn and taken off calendar and Evanston's Answer to Arch's Complaint shall be filed on or before May 25, 2017.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: May 16, 2017 | | **MORRIS POLICH & PURDY LLP** |
| | By: | /s/ David M. Plouff<br>Mark E. Hellenkamp<br>David M. Plouff<br>Attorneys for Defendant<br>EVANSTON INSURANCE COMPANY |
| Dated: May 16, 2017 | | **BLAU & ASSOCIATES, PC** |
| | By: | /s/ David S. Blau<br>David S. Blau<br>Ron Nelson<br>Attorneys for Plaintiff ARCH SPECIALTY INSURANCE COMPANY |

## ORDER

Pursuant to the stipulation of the parties, Defendant Evanston Insurance Company's ("Evanston") Motion to Dismiss, ECF No. 5, set for hearing on June 1, 2017 at 2:00 p.m. in Courtroom 7 of this Court, is hereby WITHDRAWN and taken off calendar. Evanston shall file its Answer to the Complaint not later than May 25, 2017.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE