UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00774-MCE-DB<br><br>Judge Morrison C. England<br><br>**ORDER REGARDING JOINT STIPULATION TO REQUEST AN EXTENDING OF THE NON-EXPERT DISCOVERY DEADLINE** |
|---|---|

On March 19, 2018, Plaintiff ARCH SPECIALTY INSURANCE COMPANY ("Arch"), and Defendants EVANSTON INSURANCE COMPANY ("Evanston") and LIBERTY SURPLUS INSURANCE COMPANY ("LSIC"), pursuant to L.R. 143, respectfully requested the Court extend the non-expert discovery deadline set forth in the case management schedule an additional 60 days.

After considering the *Joint Stipulation to Request an Extending of the Non-Expert Discovery Deadline* ("Stipulation"), and good cause appearing, the Court will extend the current non-expert discovery deadline of April 12, 2018 to **June 11, 2018**.

Dated: March 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET