BLAU KEANE LAW GROUP, P.C.
David S. Blau (Bar No. 166825)
david@blaulaw.net
Ron L. Nelson (Bar No. 130722)
ron@blaulaw.net
128 Center Street
El Segundo, CA 90245
Telephone: 310-410-9100

Attorneys for Plaintiff ARCH SPECIALTY INSURANCE COMPANY

MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 2:17-cv-00774 MCE DB <br><br> **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT EVANSTON INSURANCE COMPANY** |

Plaintiff Arch Specialty Insurance Company ("Arch"), Defendant Evanston Insurance Company ("Evanston") and Defendant Liberty Surplus Insurance Company ("Liberty"), hereby stipulate under Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2) that Plaintiff's action be dismissed with prejudice as to all claims and causes of action against Evanston, with each party bearing that party's own attorney's fees and costs. This stipulation does not apply to

1

any claim(s) that Liberty may have against Evanston. Evanston denies that Liberty has, or is entitled to bring, any claim against Evanston.

DATED: September 20, 2018      BLAU KEANE LAW GROUP P.C.

By: */s/ Ron L. Nelson (as authorized on 9/20/2018)*
DAVID S. BLAU
RON L. NELSON
Attorneys for Plaintiff ARCH SPECIALTY
INSURANCE COMPANY

DATED: September 20, 2018      MCCORMICK BARSTOW SHEPPARD
WAYTE & CURRUTH, LLP

By: */s/ Patrick Fredette (as authorized on 9/20/2018)*
PATRICK FREDETTE
Attorneys for Defendant LIBERTY
SURPLUS INSURANCE

DATED: September 20, 2018      HINSHAW & CULBERTSON LLP

By: */s/ Maria S. Quintero*
MARIA S. QUINTERO
Attorneys for Defendant EVANSTON
INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all of Plaintiff's claims and causes of action against Evanston Insurance Company, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 25, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE