UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, | No. 2:17-cv-0774 MCE DB |
| Plaintiff, | ORDER |
| v. | |
| EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive, | |
| Defendants. | |

On September 28, 2018, defendant Liberty Surplus Insurance Company filed a motion to compel. (ECF No. 47.) The motion is noticed for hearing before the undersigned on October 19, 2018, pursuant to Local Rule 302(c)(1). (ECF No. 46.) Defendant's motion will be denied for the following three reasons.

First, central to the parties' dispute is whether defendant's discovery was "untimely." (ECF No. 58 at 1.) However, after the filling of the motion to compel and the Joint Statement re Discovery Disagreement, the assigned District Judge issued an order extending the discovery deadline in this action. (ECF No. 59.)

////

1

Second, the length of the parties' joint statement is sixty pages, excluding declarations and exhibits. (ECF No. 58.) Joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits and declarations, as explained in the undersigned's Standard Information re discovery disputes set forth on the court's web page. See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

Finally, Local Rule 251(b) provides that a discovery motion "shall not be heard unless [] the parties have conferred and attempted to resolve their differences[.]" In this regard, "[c]ounsel for all interested parties shall confer in advance of the filing of the motion or in advance of the hearing of the motion in a good faith effort to resolve the differences that are the subject of the motion." (Id.)

Moreover, pursuant to the undersigned's Standard Information, "[w]ritten correspondence between the parties . . . is insufficient to satisfy the parties' meet and confer obligations under Local Rule 251(b)." See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. And parties must meet and confer in person—distance permitting—prior to the filing of a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement.

Here, it is not apparent from the parties' joint statement that the parties complied with the meet and confer requirements.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's September 28, 2018 motion to compel (ECF No. 47) is denied without prejudice to renewal; and

2. The October 19, 2018 hearing of defendant's motion is vacated.

Dated: October 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\arch0774.mtc.js.den.ord