UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, | No. 2:17-cv-0774 MCE DB |
| Plaintiff, | ORDER |
| v. | |
| EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive, | |
| Defendants. | |

On October 19, 2018, defendant Liberty Surplus Insurance Company filed a motion to compel. (ECF No. 65.) The motion is noticed for hearing before the undersigned on November 9, 2018, pursuant to Local Rule 302(c)(1). On October 22, 2018, defendant filed an ex parte application for an order shortening time for hearing of defendant's motion to compel. (ECF No. 66.) Plaintiff filed an opposition on October 24, 2018. (ECF No. 68.)

Local Rule 144(e) provides:

> Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action.

1

Here, defendant has not provided a satisfactory explanation for the need for the issuance of an order shortening time. In this regard, defendant argues that an order to shorten time to hear defendant's motion is necessary because the November 9, 2018 hearing "is four days before the current cutoff for written discovery." (ECF No. 66 at 2.) Defendant requests that the motion be heard on shortened time on November 2, 2018, "so as to allow [defendant] time to review [plaintiff's] production" and, thereafter, depose plaintiff's "PMQ." (Id. at 2.)

On April 12, 2017, the assigned District Judge issued an Initial Pretrial Scheduling Order that set a discovery deadline of "no later than three hundred sixty-five (365) days from the date the federal case was opened." (ECF No. 3.) The federal case had been opened that same day. (ECF No. 1.) On March 22, 2018, and June 8, 2018, the assigned District Judge extended the discovery deadline.[1] (ECF Nos. 28 & 30.)

Despite the ample time allowed for discovery, defendant did not serve the discovery at issue until July 24, 2018. (ECF No. 66 at 1.) Defendant's initial motion to compel this discovery was not filed until September 28, 2018.[2] (ECF No. 47.) In this regard, that the current discovery deadline is approaching is not a satisfactory explanation for the need to hear defendant's motion on shortened time. Were it so, a party could simply wait until the discovery deadline was approaching before forcing an opposing party, and the court, to resolve a discovery dispute on shortened time—even if that dispute should have been addressed long before.

Accordingly, IT IS HEREBY ORDERED that defendant's October 22, 2018 ex parte application to shorten time to hear defendant's motion to compel (ECF No. 66) is denied.

Dated: October 24, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\arch0774.short.time.den2.ord

---

[1] The assigned District Judge again extended the discovery deadline on October 12, 2018. (ECF No. 59.)

[2] It appears from exhibits filed by defendant that defendant may have been aware of plaintiff's objection to defendant's discovery as early as July 30, 2018. (ECF No. 66-1 at 7.)

2