UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:17-cv-0774 MCE DB<br><br>ORDER |

On October 19, 2018, defendant Liberty Surplus Insurance Company filed a motion to compel written discovery. (ECF No. 65.) The motion is noticed for hearing before the undersigned on November 9, 2018, pursuant to Local Rule 302(c)(1). On November 2, 2018, the parties filed a joint statement of discovery disagreement. (ECF No. 70.)

However, on October 12, 2018, the assigned District Judge issued an order setting a deadline for the completion of written discovery. (ECF No. 59.) Pursuant to that order, the undisputed deadline for the completion of written discovery is November 13, 2018. (Id. at 3.) As explained by the assigned District Judge's initial scheduling order:

////

1

> . . . "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

(ECF No. 3 at 2.)

In this regard, there is not sufficient time remaining in the discovery period for the undersigned to hear defendant's motion, issue an order on that motion, and for that order to be complied with prior to the close of discovery on November 13, 2018.[1]

Accordingly, IT IS HEREBY ORDERED that defendant's October 19, 2018 motion to compel (ECF No. 65) is denied without prejudice as untimely and the November 9, 2018 hearing is vacated.

Dated: November 5, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/arch0774.utd.ord

---

[1] Defendant "is aware that there remains only four days between the hearing on the motion to compel and the written discovery cutoff date, and thus apologizes to the Court." (ECF No. 70 at 3.) Defendant, however, asserts that plaintiff "is not blameless relative to timing." (Id.) That may be true. Nonetheless, as the undersigned previously explained to defendant, the assigned District Judge allowed defendant more than a year to complete discovery. (ECF No. 69 at 2.)

2