UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY;<br>LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100,<br>inclusive,<br><br>Defendants. | Case No. 2:17-cv-00774-MCE-DB<br><br>Judge Morrison C. England<br><br>**ORDER REGARDING JOINT STIPULATION TO REQUEST SCHEDULING ORDER MODIFICATION RE: DISPOSITIVE MOTIONS** |

On November 16, 2018, Plaintiff ARCH SPECIALTY INSURANCE COMPANY ("ARCH"), and Defendant LIBERTY SURPLUS INSURANCE COMPANY ("LSIC") respectfully requested that the Court modify the Pretrial Scheduling Order ("PTSO") for this case (ECF Nos. 3, 30, 59) in connection with Motions for Full or Partial Summary Judgment.

___

After considering the parties' Joint Stipulation to Request Scheduling Order Modification ("Stipulation") (ECF No. 75), the Court will modify the PTSO as follows:

Date for Arch and Liberty Surplus to file dispositive motions: **December 11, 2018**

Date for filing oppositions: **January 16, 2019**

Date for filing replies: **January 23, 2019**

Date for Hearing: **February 7, 2019**

Supporting and opposing documents will be filed in conformity with Federal, Local and Chamber rules with the exception of the permitted length of Memorandum of Points and Authorities in support of initial Motions, and oppositions thereto, which will be extended from twenty (20) to twenty-five (25) pages.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE