UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00774-MCE-DB<br><br>Judge Morrison C. England<br>Magistrate Judge Deborah Barnes<br><br>**ORDER REGARDING REQUEST TO SEAL DOCUMENTS AND REQUEST TO FILE REDACTED PLEADINGS OF LIBERTY SURPLUS INSURANCE CORPORATION** |

On January 9, 2019, Defendant LIBERTY SURPLUS INSURANCE COMPANY ("LSIC"), pursuant L.R. 141(b), respectfully requested the Court seal communications protected by the attorney-client privilege and allow LSIC to redact statements from these communications included in its opposition to the motion for summary judgment of ARCH SPECIALTY INSURANCE COMPANY ("Opposition"), Separate Statement of Undisputed Facts ("Separate Statement"), and reply in support of its own dispositive motion ("Reply").

After considering the Request to Seal Documents and Request to File Redacted Pleadings ("Request"), the Court hereby grants the Request. LSIC shall be permitted to file the communications under seal and redact any statements from the communications included in its

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

ORDER REGARDING REQUEST TO SEAL DOCUMENTS AND REQUEST TO FILE REDACTED PLEADINGS OF LIBERTY SURPLUS INSURANCE CORPORATION

Opposition, Separate Statement, and Reply. LSIC shall also file sealed version of its Opposition, Separate Statement, and Reply for the Court.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

ORDER REGARDING REQUEST TO SEAL DOCUMENTS AND REQUEST TO FILE REDACTED PLEADINGS OF LIBERTY SURPLUS INSURANCE CORPORATION