McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00774-MCE-DB<br><br>Judge Morrison C. England<br>Magistrate Judge Deborah Barnes<br><br>**ORDER REGARDING REQUEST TO SEAL DOCUMENTS AND REQUEST TO FILE REDACTED PLEADINGS OF LIBERTY SURPLUS INSURANCE CORPORATION** |

On January 14, 2019, Defendant Liberty Surplus Insurance Corporation ("LSIC"), pursuant L.R. 141(b), respectfully requested the Court seal the *Confidential Settlement Agreement and Release* ("Agreement") executed between Arch Specialty Insurance Company ("Arch") and Evanston Insurance Company ("Evanston") and allow LSIC to redact statements from the Agreement included in LSIC's opposition to the motion for summary judgment of Arch ("Opposition"), Separate Statement of Undisputed Facts in Support of LSIC's Opposition ("Separate Statement"), and reply in support of its own dispositive motion ("Reply").

After considering the Request to Seal Documents and Request to File Redacted Pleadings ("Request"), the Court hereby grants the Request. LSIC shall be permitted to file the Agreement under seal and redact the settlement amount of the Agreement from its Opposition,

Separate Statement, and Reply.  LSIC shall also file sealed version of its Opposition, Separate Statement, and Reply for the Court.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

ORDER REGARDING REQUEST TO SEAL DOCUMENTS AND REQUEST TO FILE REDACTED PLEADINGS OF LIBERTY SURPLUS INSURANCE CORPORATION