McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00774-MCE-DB<br><br>Judge Morrison C. England<br>Magistrate Judge Deborah Barnes<br><br>**ORDER REGARDING LIBERTY SURPLUS INSURANCE CORPORATION'S REQUEST TO SEEK LEAVE TO EXCEED PAGE LIMITATIONS** |

The request (ECF No. 90) of Defendant LIBERTY SURPLUS INSURANCE COMPANY ("LSIC") to file an oversized brief is GRANTED. LSIC is permitted leave to file a Reply of up to 15 pages.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE