BLAU KEANE LAW GROUP
David S. Blau (Bar No. 166825)
Ron Nelson (Bar No. 130722)
128 Center Street
El Segundo, California 90245
(310) 410-1900 phone - (310) 410-1901 fax
david@blaulaw.net
ron@blaulaw.net

Attorneys for Plaintiff ARCH SPECIALTY INSURANCE COMPANY

**MCCORMICK BARSTOW LLP**
Patrick Fredette (Bar No. 207284)
Christopher Ryan (Bar No. 294854)
Jennifer P. Nerone (Bar No. 080314)
312 Walnut Street
Cincinnati, Ohio 45202
(513) 762-7520 phone - (513) 762-7521 fax
patrick.fredette@mccormickbarstow.com
Christopher.ryan@mccormickbarstow.com

Attorneys for Defendant LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE COMPANY; AND DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-00774-MCE-DB<br><br>Judge Morrison C. England<br><br>Magistrate Judge Deborah Barnes<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: March 09, 2023                    BLAU | KEANE LAW GROUP, P.C.

                                         By:   */s/ Ron Nelson*
                                               David S. Blau
                                               Ron Nelson
                                               Attorneys for Plaintiff ARCH
                                               SPECIALTY INSURANCE
                                               COMPANY

Dated: March 09, 2023                    MCCORMICK BARSTOW LLP

                                         By:   */s/ Jennifer P. Nerone*
                                               Patrick Fredette
                                               Christopher Ryan
                                               Jennifer P. Nerone
                                               Attorneys for Defendant,
                                               LIBERTY SURPLUS
                                               INSURANCE COMPANY
                                               (As authorized on 3/09/23)

**ORDER**

The above stipulation is APPROVED. The entire action, including all claims, is hereby DISMISSED with prejudice. Each party shall bear its own attorney's fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 14, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE